**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| Reverend Tim Christopher, Sarah Cade Hauptman, and the Minnesota Gun Owners Caucus, | Case No. 0:21-cv-02292-JRT-KMM |
| Plaintiffs, | **PLAINTIFFS' MOTION TO CERTIFY QUESTION TO MINNESOTA SUPREME COURT** |
| v. | |
| Ramsey County, Bob Fletcher, in his official capacity as Ramsey County Sheriff, and the State Agricultural Society, | |
| Defendants. | |

Plaintiffs Reverend Tim Christopher, Sarah Cade Hauptman, and the Minnesota Gun Owners Caucus ("Plaintiffs") hereby move this Court to Certify Question to Minnesota Supreme Court. This motion is made pursuant to Minn. Stat. § 480.065 and the inherent power of this Court. This motion is made based on all the files, records, and proceedings herein, including Plaintiffs' supporting memorandum of law.

2

Dated: November 29, 2021

**TAFT STETTINIUS & HOLLISTER LLP**

By: */s/ Andrew S. Dosdall*
  Scott M. Flaherty (#388354)
  Andrew S. Dosdall (#391076)

2200 IDS Center
80 South 8th Street
Minneapolis, MN  55402-2157
Telephone: (612) 977-8400
Facsimile:  (612) 977-8650
sflaherty@taftlaw.com
adosdall@taftlaw.com

**ATTORNEYS FOR PLAINTIFFS REVEREND TIM CHRISTOPHER, SARAH CADE HAUPTMAN, AND THE MINNESOTA GUN OWNERS CAUCUS**

71913694v1

2