# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Reverend Tim Christopher, Sarah Cade Hauptman, and the Minnesota Gun Owners Caucus,<br><br>    Plaintiffs,<br><br>v.<br><br>Ramsey County,<br>Bob Fletcher, in his official capacity as Ramsey County Sheriff, and<br>the State Agricultural Society,<br><br>    Defendants. | Case No. 0:21-cv-02292-JRT-KMM<br><br>**PLAINTIFFS' NOTICE OF HEARING ON MOTION TO CERTIFY QUESTION TO MINNESOTA SUPREME COURT** |

  PLEASE TAKE NOTICE that Plaintiffs will bring on for hearing its motion to Certify Question to Minnesota Supreme Court before the Honorable John R. Tunheim at a time to be scheduled by the Court.

2

Dated: November 29, 2021	**TAFT STETTINIUS & HOLLISTER LLP**

By: */s/ Andrew S. Dosdall*
    Scott M. Flaherty (#388354)
    Andrew S. Dosdall (#391076)

2200 IDS Center
80 South 8th Street
Minneapolis, MN  55402-2157
Telephone: (612) 977-8400
Facsimile:  (612) 977-8650
sflaherty@taftlaw.com
adosdall@taftlaw.com

**ATTORNEYS FOR PLAINTIFFS REVEREND TIM CHRISTOPHER, SARAH CADE HAUPTMAN, AND THE MINNESOTA GUN OWNERS CAUCUS**

71913856v1