IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Reverend Tim Christopher, Sarah Cade Hauptman, and the Minnesota Gun Owners Caucus,<br><br>   Plaintiffs,<br><br> v.<br><br>Ramsey County,<br>Bob Fletcher, *in his official capacity as Ramsey County Sheriff*, and<br>the State Agricultural Society,<br><br>   Defendants. | Case No. 0:21-cv-02292-JRT-KMM<br><br><br><br>**STIPULATION TO EXTEND** |

  Plaintiffs and Defendants in the above-captioned matter, by and through their undersigned counsel, hereby stipulate:

  1. That Defendants may have an extension until December 20, 2021, to file their memoranda and supporting documents (if any) in opposition to Plaintiffs' Motion to Certify Question to Minnesota Supreme Court [Dkt. 18].

[Signature Pages Follow]

| | |
|---|---|
| Dated: December 2, 2021 | **TAFT STETTINIUS & HOLLISTER LLP**<br><br>By: */s/ Andrew S. Dosdall*<br>  Scott M. Flaherty (#388354)<br>  Andrew S. Dosdall (#391076)<br><br>2200 IDS Center<br>80 South 8th Street<br>Minneapolis, MN  55402-2157<br>Telephone: (612) 977-8400<br>Facsimile:  (612) 977-8650<br>sflaherty@taftlaw.com<br>adosdall@taftlaw.com<br><br>**ATTORNEYS FOR PLAINTIFFS REVEREND TIM CHRISTOPHER, SARAH CADE HAUPTMAN, AND THE MINNESOTA GUN OWNERS CAUCUS** |
| Dated: December 2, 2021 | **FREDRIKSON & BYRON, P.A.**<br><br>By:  */s/ Leah C. Janus*<br>  Leah C. Janus (#0337365)<br>  David R. Marshall (#0184457)<br>  Pari I. McGarraugh (#0395524<br><br>200 South Sixth Street, Suite 4000<br>Minneapolis MN 55402-1425<br>Phone: (612) 492-7000<br>ljanus@fredlaw.com<br>dmarshall@fredlaw.com<br>pmcgarraugh@fredlaw.com<br><br>**ATTORNEYS FOR DEFENDANT STATE AGRICULTURAL SOCIETY** |

Dated: December 2, 2021

**NILAN JOHNSON LEWIS PA**

By:   */s/ Kristen H. Pagel*
      Tracy J. Van Steenburgh (#0141173)
      Kirsten H. Pagel (#0399114)

250 Marquette Avenue, Suite 800
Minneapolis, MN 55402-4501
Telephone: (612) 305-7500
Facsimile: (612) 305-7501
tvan@nilanjohnson.com
kpagel@nilanjohnson.com

**ATTORNEYS FOR DEFENDANTS RAMSEY COUNTY AND SHERIFF BOB FLETCHER**