IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Reverend Tim Christopher, Sarah Cade Hauptman, and the Minnesota Gun Owners Caucus,<br><br>        Plaintiffs,<br>v.<br><br>Ramsey County,<br>Bob Fletcher, *in his official capacity as Ramsey County Sheriff*, and<br>the State Agricultural Society,<br><br>        Defendants. | Case No. 0:21-cv-02292-JRT-KMM<br><br>**[PROPOSED] ORDER** |

**BASED UPON THE STIPULATION** by and between counsel for the parties (Docket No. 24),

**IT IS HEREBY ORDERED:**

Defendants in the above-captioned matter have an extension to December 20, 2021, to file their memoranda and supporting documents (if any) in opposition to Plaintiffs' Motion to Certify Question to Minnesota Supreme Court [Dkt. 18].

Dated: _____, 2021         **BY THE COURT:**

                                                                   _____
                                                                   THE HONORABLE JOHN R. TUNHEIM
                                                                   United States District Court Judge