# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

Reverend Tim Christopher, Sarah Cade Hauptman, and the Minnesota Gun Owners Caucus,

Case No. 0:21-cv-02292-JRT-KMM

                 Plaintiffs,

v.

Ramsey County,
Bob Fletcher, in his official capacity as Ramsey County Sheriff, and the State Agricultural Society,

                 Defendants.

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL OF RAMSEY COUNTY AND BOB FLETCHER, IN HIS OFFICIAL CAPACITY AS RAMSEY COUNTY SHERIFF**

       PLEASE TAKE NOTICE that Plaintiffs under Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses its claims against Ramsey County and Bob Fletcher, in his official capacity as Ramsey County Sheriff.  This dismissal is without prejudice.  Fed. R. Civ. P. 41(a)(1)(B).

Dated: December 13, 2021

**TAFT STETTINIUS & HOLLISTER LLP**

By: _/s/ Andrew S. Dosdall_
    Scott M. Flaherty (#388354)
    Andrew S. Dosdall (#391076)

2200 IDS Center
80 South 8th Street
Minneapolis, MN  55402-2157
Telephone: (612) 977-8400
Facsimile:  (612) 977-8650
sflaherty@taftlaw.com
adosdall@taftlaw.com

**ATTORNEYS FOR PLAINTIFFS REVEREND TIM CHRISTOPHER, SARAH CADE HAUPTMAN, AND THE MINNESOTA GUN OWNERS CAUCUS**

72114324v1