UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| REVEREND TIM CHRISTOPHER, et al, | Civil No: 21-2292 (JRT/KMM) |
| Plaintiffs, | |
| v. | ORDER FOR DISMISSAL WITHOUT PREJUDICE |
| RAMSEY COUNTY, et al., | |
| Defendants. | |

_____

Andrew Stephen Dosdall, **TAFT STETTINIUS & HOLLISTER LLP,** 2200 IDS Center, 80 South 8th Street, Minneapolis, MN 55402, for plaintiffs.

Tracy J Van Steenburgh, **NILAN JOHNSON LEWIS PA,** 250 Marquette Avenue South, Suite 800, Minneapolis, MN 55401, for Ramsey County defendants.

The plaintiff filed a Voluntary Dismissal of the Ramsey County defendants on December 13, 2021.  [ECF No. 27]

Based upon all the files, records and proceedings herein**, IT IS HEREBY ORDERED** that the Ramsey County defendants shall be **DISMISSED WITHOUT PREJUDICE**, each party bearing its own attorney fees, costs, and disbursements.

Dated:  December 22, 2021
at Minneapolis, Minnesota

_____s/John R. Tunheim_____
JOHN R. TUNHEIM
Chief Judge
United States District Court